**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **HYATT CORPORATION** and **AMERISUITES FRANCHISING, L.L.C.**, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) **Case No. 6:07cv1260-Orl-22KRS** ) |
| **EPOCH-FLORIDA CAPITAL HOTEL PARTNERS, LTD.**, | ) ) ) ) |
| Defendant. | ) ) / |

## NOTICE OF PENDENCY OF OTHER ACTIONS

Plaintiffs, Hyatt Corporation and Amerisuites Franchising, L.L.C., hereby certifies, pursuant to Local Rule 1.04(c) and this Court's Related Case Order and Track Two Notice, that the instant action:

\_\_\_\_\_  IS related to pending or closed civil or criminal case(s) previously filed in this Court, or another Federal or State court, or administrative agency as indicated below:

\_\_X\_\_  IS NOT related to pending or closed civil or criminal case(s) previously filed in this Court, or another Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Respectfully submitted,

s/Christian C. Burden
Christian C. Burden
christian.burden@dlapiper.com
Florida Bar No. 0065129
**DLA PIPER US LLP**
101 East Kennedy Boulevard, Ste. 2000
Tampa, Florida 33602
Telephone (813) 229-2111
Facsimile (813) 229-1447
Attorneys for Plaintiffs