**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| **HYATT CORPORATION** and **AMERISUITES FRANCHISING, L.L.C.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**EPOCH-FLORIDA CAPITAL HOTEL PARTNERS, LTD.,**<br><br>Defendant. | Case No. 6:07cv1260-Orl-22KRS |

## APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL

Pursuant to Local Rule 2.02(a), Norman M. Leon ("**Non-Resident Attorney**"), enters his appearance as counsel for Plaintiffs.

Non-Resident Attorney certifies that he will comply with the fee and email registration requirements of Rule 2.01(d). Non Resident Attorney designates Christian C. Burden, a member of the bar of this Court, as local counsel upon whom all notices and papers may be served and who will be responsible for the progress of this case, including the trial in his default.

s/Norman M. Leon
Norman M. Leon
norman.leon@dlapiper.com
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Telephone: (312) 368-4000
Facsimile: (312) 236-7516

## Consent To Designation As Local Counsel

I consent to the above designation as local counsel

s/Christian C. Burden
Christian C. Burden
christian.burden@dlapiper.com
Florida Bar No.: 0065129
**DLA PIPER US LLP**
101 East Kennedy Boulevard, Suite 2000
Tampa, Florida 33602
Telephone: (813) 229-2111
Facsimile: (813) 229-1447
Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on September 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Adam J. Hodkin and Christian C. Burden.

                s/Christian C. Burden
                Attorney