# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **HYATT CORPORATION** and **AMERISUITES FRANCHISING, L.L.C.**, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )   **Case No. 6:07cv1260-Orl-KRS** |
| **EPOCH-FLORIDA CAPITAL HOTEL PARTNERS, LTD.**, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## JOINT MOTION TO EXTEND AFFIRMATIVE EXPERT DISCLOSURE DEADLINE

Plaintiffs Hyatt Corporation and AmeriSuites Franchising, LLC, and Defendant Epoch-Florida Capital Hotel Partners, Ltd., jointly move this Court, pursuant to Rules 6 and 26 of the Federal Rules of Civil Procedure, to extend the June 30, 2008 deadline for the disclosure of affirmative experts through and including July 14, 2008.  In support of this Joint Motion, the parties state as follows:

1.  The October 3, 2007 Case Management Report sets June 30, 2008 as the deadline by which the parties must make their affirmative expert disclosures.

2.  The parties are presently engaged in settlement discussions regarding the possible resolution of this matter and desire to concentrate their resources and time on that effort.

3.  In light of the pending settlement discussions, the parties respectfully request that this Court extend the June 30, 2008 deadline for the disclosure of affirmative experts through and including July 14, 2008.

4.  Extending the affirmative expert disclosure deadline will allow the parties sufficient opportunity to explore settlement and may, to the extent the parties' settlement

discussions are productive, help the parties avoid the unnecessary expenditure of attorneys' fees and costs associated with the retention of experts and the preparation of expert disclosures.

5. Extending the affirmative expert disclosure deadline to July 14, 2008 will not impact any of the other deadlines in the Case Management Report.

**WHEREFORE,** the parties jointly request that this Court enter an Order extending the affirmative expert disclosure deadline through and including July 14, 2008.

| | |
|---|---|
| THE KOPELOWITZ<br>  OSTROW FIRM, P.A.<br>Counsel for Epoch-Florida Capital Hotel<br>  Partners, Ltd.<br>200 SW 1st Ave, 12th Floor<br>Ft. Lauderdale, FL  33301<br>Phone: 954.525.4100<br>Fax: 954.525.4300<br>Email: streisfeld@tkolaw.com | DLA PIPER US LLP<br>Counsel for Plaintiffs<br>101 East Kennedy Boulevard, Suite 2000<br>Tampa, Florida  33602<br>Phone: 813.229.2111<br>Fax: 813.229.1447<br>Email: christian.burden@dlapiper.com |
| ECKERT SEAMANS<br>CHERIN & MELLOTT, LLC<br>Co-counsel for Epoch-Florida Capital<br>  Hotel Partners, Ltd.<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219<br>Email:  wfeinstein@eckertseamans.com | By:     s/Christian C. Burden<br>           Christian Burden, FBN 65129 |
| By:     s/Wendy West Feinstein<br>           Wendy West Feinstein<br>           *Admitted pro hac vice* | |