# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HYATT CORPORATION and
AMERISUITES FRANCHISING, L.L.C.,**

                **Plaintiffs,**

**-vs-**                                       **Case No.  6:07-cv-1260-Orl-KRS**

**EPOCH-FLORIDA CAPITAL HOTEL
PARTNERS, LTD.,**

                **Defendant.**
_____

## ORDER

      This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION TO EXTEND AFFIRMATIVE EXPERT DISCLOSURE DEADLINE (Doc. No. 47)** |
| **FILED:** | **June 26, 2008** |
| _____ | |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

      The deadline for the parties to disclose their expert reports is extended to July 14, 2008.  No other deadlines in this case are extended by this Order, and the parties shall not rely on this extension as support for a motion to extend any other deadlines in this case.

      **DONE** and **ORDERED** in Orlando, Florida on June 30, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties